# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**139**

**TP 15-01048**

PRESENT: WHALEN, P.J., CENTRA, LINDLEY, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF COREY MOBLEY, PETITIONER,

V                                                                                  ORDER

SUPERINTENDENT SHEAHAN, FIVE POINTS CORRECTIONAL
FACILITY, RESPONDENT.

---

COREY MOBLEY, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF
COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Seneca County [Dennis F.
Bender, A.J.], entered June 15, 2015) to review a determination of
respondent. The determination found after a tier II hearing that
petitioner had violated various inmate rules.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered: March 18, 2016                                    Frances E. Cafarell
                                                           Clerk of the Court